IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WURTH BAER SUPPLY CO., | No. 4:21-CV-01913 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| IAN STROUSE and ANDREW HOMSHER, | |
| Defendants. | |

## ORDER

**SEPTEMBER 9, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' motions to dismiss (Doc. 12; Doc. 15) are **GRANTED IN PART, DENIED IN PART**; Plaintiff Wurth Baer Supply Co.'s motion to dismiss (Doc. 19) is **GRANTED**:

1. For the Complaint (Doc. 1), Count VI (violation of the Computer Fraud and Abuse Act) is **DISMISSED WITH PREJUDICE**. The remaining Counts may proceed.

2. For Defendant Ian Strouse's Answer, Affirmative Defenses, and Counterclaims (Doc. 14), Counterclaim Counts I (unjust enrichment/*quantum meruit*), II (invasion of privacy—misappropriation of name and likeness), and III (right of publicity) are **DISMISSED WITHOUT PREJUDICE**. If Strouse elects to plead

over on Counterclaim Counts I, II, and III, he must file an amended pleading on or before September 30, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge