IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WURTH BAER SUPPLY CO., | No. 4:21-CV-01913 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| IAN STROUSE and ANDREW HOMSHER, | |
| Defendants. | |

# ORDER

**FEBRUARY 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Plaintiff's Motion to Dismiss Defendant Ian Strouse's Amended Counterclaim (Doc. 48) is **GRANTED**. Count I of Strouse's Amended Counterclaims (*see* Doc. 42 ¶¶ 46–54) is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge